AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| PATRICIA MEDELLIN <br><br> *Plaintiff(s)* <br> v. <br> WING ENTERPRISES, INC. AND LITTLE GIANT LADDER SYSTEMS, LLC <br><br> *Defendant(s)* | Civil Action No. 4:21-cv-3582 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WING ENTERPRISES, INC.
BY SERVING ITS REGISTERED AGENT
ART WING
1198 N. SPRING CREEK PLACE,
SPRINGFIELD, UTAH 84663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PATRICK W. MCGINNIS
MORROW & SHEPPARD, LLP
5151 SAN FELIPE, SUITE 100
HOUSTON, TEXAS 77056
713.489.1206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: November 2, 2021

*s/ Rachel Salazar*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-3582

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>WING ENTERPRISES, INC.</u>, was received by me on *(date)* <u>Nov 3, 2021, 9:57AM</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>TRACY GULL</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>WING ENTERPRISES, INC.</u> on *(date)* <u>Wed, Nov 03 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 11/04/2021

*Server's signature*

JOHN-MICHAEL ZIMMERLE  -  PROCESS SERVER

*Printed name and title*

P.O. BOX 505, SPANISH FORK, UT 84660

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 3, 2021, 10:55 am at 1198 N SPRING CREEK PL., SPRINGVILLE, UT 84663 received by WING ENTERPRISES, INC., BY DELIVERING TRACY GULL, AUTHORIZED.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT & JURY DEMAND AND ORDER FOR CONFERENCE.