UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICIA MEDELLIN § § *Plaintiff,* § § v. § § WING ENTERPRISES, INC. and § LITTLE GIANT LADDER SYSTEMS, LLC § § *Defendant* § § | CIVIL ACTION NO. 21-CV-3582 |

## JOINT STATUS REPORT – 03.31.2022

Per the Court's request, Plaintiff and Defendants file this Joint Status Report on the plan for depositions in this matter.

**Plaintiff** intends to take the depositions of:

1. Corporate representative(s) for Defendant Wing Enterprises, Inc. Plaintiff expects to take these depositions in late April or early May, 2022, after Plaintiff is deposed by Defendants.

2. Corporate representative(s) for Defendant Little Giant Ladder Systems, LLC. Plaintiff expects to take these depositions in late April or early May, 2022, after Plaintiff is deposed by Defendants.

3. Plaintiff intends to take the depositions of any experts designated by Defendants in September-October, 2022.

**Defendants** intend to take the depositions of:

1. Plaintiff Patricia Medellin. Defendants intend to take Plaintiff's deposition on April 19, 2022.

2. Benjamin Jones, witness to the Incident made the basis of this lawsuit. Defendants intend to take Mr. Jones' deposition on April 19, 2022.

3. Defendants intend to take the depositions of any experts designated by Plaintiff in August-September, 2022.

        Respectfully Submitted,

        MORROW & SHEPPARD LLP

        */s/ Patrick W. McGinnis*
        Patrick W. McGinnis
        Attorney-In-Charge for Plaintiff
        State Bar No. 24102179
        Federal Bar No. 301654
        All E-Service Copy To Both Of The Following:
        pmcginnis@morrowsheppard.com
        msfiling@morrowsheppard.com
        5151 San Felipe, Ste 100
        Houston, TX  77056
        713.489.1206 tel
        713.893.8370 fax

Of Counsel:

Nicholas A. Morrow (Morrow & Sheppard LLP)
State Bar No.  24051088
Federal Bar No. 611443
nmorrow@morrowsheppard.com
John D. Sheppard (Morrow & Sheppard LLP)
State Bar No.  24051331
Federal Bar No.  635193
jsheppard@morrowsheppard.com

*Attorneys for Plaintiff*

- 3 -

AGREED AS TO FORM AND SUBSTANCE:

*/s/ Matthew S. Parish by permission*

Matthew S. Parish
Taunton, Snyder & Slade, P.C.
777 N. Eldridge Pkwy., Suite 450
Houston, Texas 77079

***Attorney for Defendants***