United States District Court
Southern District of Texas
**ENTERED**
January 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA MEDELLIN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 4:21-CV-03582 |
| WING ENTERPRISES, INC. and LITTLE GIANT LADDER SYSTEMS, LLC, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the December 17, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 36). Judge Bray made findings and conclusions and denied Defendant's Motion to Exclude the Opinions of Stanley Kiska (Dkt No. 30) and recommended that Defendant's Motion for Summary Judgment, (Dkt. No. 31), be denied. (Dkt. No. 36).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. On January 2, 2024, Defendant filed four objections. (Dkt. No. 38). First, Defendant objects to Judge Bray's denial of Defendant's challenge to Kiska's opinions on the "false lock" condition of Plaintiff's ladder. (Dkt. No. 38 at 8–12). Second, Defendant objects to Judge Bray's conclusion that Kiska's opinions on design defects should be admitted. (Dkt. No. 38 at 13–18). Third, Defendant objects to Judge Bray's conclusion that Kiska's opinions on manufacturing defects should be admitted. (Dkt. No. 38 at 18–21). Finally, Defendant objects to Judge Bray's

recommendation that Defendant's Motion for Summary Judgment be denied. (Dkt. No. 38 at 21). Overall, Defendant raises arguments that have been fully considered and fails to show reason for reversal.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 36) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion to Exclude the Opinions of Stanley Kiska, (Dkt. No. 30) is **DENIED**; and

(3) Defendants' Motion for Summary Judgment, (Dkt. No. 31) is **DENIED**.

It is SO ORDERED.

Signed on January 8, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**