UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICIA MEDELLIN** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:21-cv-3582 |
| **WING ENTERPRISES, INC** and **LITTLE GIANT LADDER SYSTEMS, LLC** | § § § § § | |
| **Defendant.** | § § | |

**THIRD AMENDED TRIAL EXHIBIT LIST OF PLAINTIFF, PATRICIA MEDELLIN**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | Google Earth Image of Plaintiff's Address (Medellin Depo Ex. 1) | | | | |
| 2. | Little Giant Velocity Ladder (Medellin Depo Ex. 2) | | | | |
| 3. | Photo of Medellin post-accident (Medellin Depo Ex. 3) | | | | |
| 4. | Little Giant Ladder General Operating Safety Tips (Medellin Depo Ex. 6) | | | | |
| 5. | Little Giant Ladder Operational Details (Medellin Depo Ex. 7) | | | | |
| 6. | Photo of Medellin's Little Giant Ladder (Medellin Depo Ex. 8) | | | | |
| 7. | Little Giant Ladder Cautionary Statement (Medellin Depo Ex. 9) | | | | |
| 8. | Little Giant Ladder Cautionary Statement (Medellin Depo Ex. 10) | | | | |
| 9. | Little Giant Ladder Photo (Medellin_001508); (Kisa Depo Ex. 1) | | | | |
| 10. | Little Giant Ladder Photo | | | | |

|     |                                                                                           |  |  |  |  |
|-----|-------------------------------------------------------------------------------------------|--|--|--|--|
|     | (Medellin_001509) (Kiska Depo Ex. 2)                                                      |  |  |  |  |
| 11. | Little Giant Ladder Photo (Medellin_001510) (Kiska Depo Ex. 3)                            |  |  |  |  |
| 12. | Photos (LG 00249 – LG 00251) (Kiska Depo Ex. 4)                                           |  |  |  |  |
| 13. | Little Giant Ladder Photo (Medellin_001382) (Kiska Depo Ex. 5)                            |  |  |  |  |
| 14. | User Instructions (LG 00061) (Kiska Depo Ex. 7)                                           |  |  |  |  |
| 15. | Caution Label (Medellin_001239) (Kiska Depo Ex. 8)                                        |  |  |  |  |
| 16. | Rock Lock Photos (Medellin_001394 – Medellin_001395) (Kiska Depo Ex. 9)                   |  |  |  |  |
| 17. | Handwritten Notes with Measurements (Kiska Depo Ex. 10)                                   |  |  |  |  |
| 18. | X-Ray Images (Kiska Depo Ex. 11)                                                          |  |  |  |  |
| 19. | Photo of Ladder Date Code/Factory Identifier (LG 00205)(Russell Depo Ex. 2)               |  |  |  |  |
| 20. | Testing on Rock Lock (LG 00074 – LG 00126) (Russell Depo Ex. 3)                           |  |  |  |  |
| 21. | Consumer Product Safety Commission Documents (LG 00354 – LG 00376) (Russell Depo Ex. 4)   |  |  |  |  |
| 22. | Incident Reports (LG 00252 – LG 00353) (Russell Depo Ex. 5)                               |  |  |  |  |
| 23. | Product Drawings (LG 00001 – LG 00064) (Russell Depo Ex. 6)                               |  |  |  |  |
| 24. | Label Location Drawing (LG 00347 – LG 00353) (Russell Depo Ex. 9)                         |  |  |  |  |
| 25. | Printed Owner's Manual (LG 00060) (Russell Depo Ex. 10)                                   |  |  |  |  |
| 26. | Assembly Drawing of Rock Lock 2.0 (LG 00025)                                              |  |  |  |  |
| 27. | QA Final Inspection Check Sheet (LG                                                       |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | 00349 – LG 00353) | | | | |
| 28. | Photos – Inspection (LG 00127 – 00251) | | | | |
| 29. | Ladder User Instructions (LG 00296 – LG 00297) | | | | |
| 30. | Ladder Order Details (Medellin_000614 – Medellin_000616) | | | | |
| 31. | Color Photos (Medellin_000557 – Medellin_000610) | | | | |
| 32. | Video – Ladder (Medellin_000611) | | | | |
| 33. | Video – Medellin & Ladder (Medellin_000612) | | | | |
| 34. | Video – Medellin, EMS & Ladder (Medellin_00613) | | | | |
| 35. | Video (Medellin_001381) | | | | |
| 36. | Testing Video (Medellin_001524) | | | | |
| 37. | Testing Video (Medellin_001527) | | | | |
| 38. | Testing Video (Medellin_001528) | | | | |
| 39. | Testing Video (Medellin_001529) | | | | |
| 40. | Testing Video (Medellin_001530) | | | | |
| 41. | Inspection Photos (Medellin_000930 – Medellin_001521) | | | | |
| 42. | Affidavit of Harold Arthur Wing (Medellin_001533 – Medellin_001534) | | | | |
| 43 | ACS Primary Care – Billing Records (Medellin_000002 – Medellin_000003) | | | | |
| 44. | Baylor College of Medicine – Billing Records (Medellin_000004 – Medellin_000007) | | | | |
| 45. | Baylor College of Medicine – Medical Records (Medellin_001538 – Medellin_001571) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 46. | Baylor College of Medicine – Radiology Records (Medellin_001532 – Medellin_001537) | | | | |
| 47. | Cy Fair Fire Department – Billing Records (Medellin_000008 – Medellin_000009) | | | | |
| 48. | Cy Fair Fire Department – Medical Records (Medellin_000010 – Medellin_000021) | | | | |
| 49 | Memorial Hermann Texas Medical Center – Billing Records (Medellin_000022 – Medellin_000031) | | | | |
| 50. | Memorial Hermann Texas Medical Center – Medical Records (Medellin_000032 – Medellin_000553) | | | | |
| 51. | Synergy Radiology Assoc – Billing Records (Medellin_000554 – Medellin_000556) | | | | |
| 52. | UT Physicians – Billing Records (Medellin_001572 – Medellin_001586) | | | | |
| 53. | UT Physicians – Medical Records (Medellin_001587 – Medelline_001633) | | | | |
| 54. | 2016 Tax Transcript (Medellin_000617 – Medellin_000618) | | | | |
| 55. | 2017 IRS Tax Transcript (Medellin_000619 – Medellin_000620) | | | | |
| 56. | 2018 IRS Tax Transcript (Medellin_000621 – Medellin_000623) | | | | |
| 57. | 2019 IRS Tax Transcript (Medellin_000624 – Medellin_000626) | | | | |
| 58. | 2020 IRS Tax Transcript (Medellin_000627 – Medellin_000637) | | | | |
| 59. | Payroll Records 08.2019 – 12.2019 (Medellin_000638 – Medellin_000648) | | | | |
| 60. | Payroll Records 01.2020 – 05.2020 (Medellin_000649 – Medellin_000659) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 61. | Stanley Kiska - CV | | | | |
| 62. | Consumer Product Safety Commission Documents (Medellin_001634 – Medellin_001636) | | | | |
| 63. | Report – Consumer Product Safety Commission (Medellin_001637 – Medellin_002369) | | | | |
| 64. | Camera 1 - Testing Videos – Test 1 (Medellin_002370) | | | | |
| 65. | Camera 1 – Testing Videos – Test 2 (Medellin_002371) | | | | |
| 66. | Camera 1 – Testing Videos – Test 3 (Medellin_002372) | | | | |
| 67. | Camera 1 – Testing Videos – Test 4 (Medellin_002373) | | | | |
| 68. | Camera 1 – Testing Videos – Test 5 (Medellin_002374) | | | | |
| 69. | Camera 1 – Testing Videos – Test 6 (Medellin_002375) | | | | |
| 70. | Camera 1 – Testing Videos – Test 7 (Medellin_002376) | | | | |
| 71. | Camera 1 – Testing Videos – Test 8 (Medellin_002377) | | | | |
| 72. | Camera 1 – Testing Videos – Test 9 (Medellin_002378) | | | | |
| 73. | Camera 1 – Testing Videos – Test 10 (Medellin_002379) | | | | |
| 74. | Camera 2 – Testing Videos – Test 1 (Medellin_002380) | | | | |
| 75. | Camera 2 – Testing Videos – Test 2 (Medellin_002381) | | | | |
| 76. | Camera 2 – Testing Videos – Test 3 (Medellin_002382) | | | | |
| 77. | Camera 2 – Testing Videos – Test 4 (Medellin_002383) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 78. | Camera 2 – Testing Videos – Test 5 (Medellin_002384) | | | | |
| 79. | Camera 2 – Testing Videos – Test 6 (Medellin_002385) | | | | |
| 80. | Camera 2 – Testing Videos – Test 7 (Medellin_002386) | | | | |
| 81. | Camera 2 – Testing Videos – Test 8 (Medellin_002387) | | | | |
| 82. | Camera 2 – Testing Videos – Test 9 (Medellin_002388) | | | | |
| 83. | Camera 2 – Testing Videos – Test 10 (Medellin_002389) | | | | |
| 84. | Ladder Unlock Videos – Video 1 (Medellin_002390) | | | | |
| 85. | Ladder Unlock Videos – Video 2 (Medellin_002391) | | | | |
| 86. | Ladder Walkback Videos – Test 1 (Medellin_002392) | | | | |
| 87. | Ladder Walkback Videos – Test 2 (Medellin_002393) | | | | |
| 88. | Ladder Walkback Videos – Test 3 (Medellin_002394) | | | | |
| 89. | Ladder Walkback Videos – Test 4 (Medellin_002395) | | | | |
| 90. | Ladder Walkback Videos – Test 4 (continuation 1) (Medellin_002396) | | | | |
| 91. | Ladder Walkback Videos – Test 4 (continuation 2) (Medellin_002397) | | | | |
| 92. | Ladder Walkback Videos – Test 5 (Medellin_002398) | | | | |
| 93. | Ladder Walkback Videos – Test 6 (Medellin_002399) | | | | |
| 94. | Ladder Walkback Videos – Test 7 (Medellin_002400) | | | | |

| 95. | Ladder Walkback Videos – Test 8 (Medellin_002401) | | | | |
|---|---|---|---|---|---|
| 96. | Ladder Walkback Videos – Test 8 (continuation) (Medellin_002402) | | | | |
| 97. | Email 1 (Medellin_002403) | | | | |
| 98. | Email 2 (Medellin_002404) | | | | |
| 99. | Email 3 (Medellin_002405) | | | | |
| 100. | Email 4 (Medellin_002406) | | | | |
| 101. | Email 5 (Medellin_002407) | | | | |
| 102. | Email 6 (Medellin_002408) | | | | |
| 103. | Email 7 (Medellin_002409) | | | | |
| 104. | Email 8 (Medellin_002410) | | | | |
| 105. | Email 9 (Medellin_002411) | | | | |
| 106. | Email 10 (Medellin_002412) | | | | |
| 107. | Email 11 (Medellin_002413) | | | | |
| 108. | Email 12 (Medellin_002414) | | | | |
| 109. | Email 13 (Medellin_002415) | | | | |
| 110. | Email 14 (Medellin_002416) | | | | |
| 111. | Email 15 (Medellin_002417) | | | | |
| 112. | Client Photos (Medellin_002418 – Medellin_002454) | | | | |
| | | | | | |

May 14, 2025
Date

Respectfully Submitted,

MORROW & SHEPPARD LLP


/s/ *Michael R. Null*
    Michael R. Null
    Attorney-In-Charge for Plaintiff
    State Bar No. 24126251
    T. Braden Riley
    State Bar No. 26099932
    P. Hogan Leatherwood
    State Bar No. 24100138
    All E-Service Copy to Both of the Following:
    mnull@morrowsheppard.com
    msfiling@morrowsheppard.com
    5151 San Felipe, Ste 100
    Houston, TX  77056
    713.489.1206 tel
    713.893.8370 fax


Of Counsel:

Nicholas A. Morrow (Morrow & Sheppard LLP)
State Bar No.  24051088
Federal Bar No. 611443
nmorrow@morrowsheppard.com
John D. Sheppard (Morrow & Sheppard LLP)
State Bar No.  24051331
Federal Bar No.  635193
jsheppard@morrowsheppard.com